Form r341y–r341 VAN–02
Rev. 05/2010

# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## RENOTICE 341 MEETING

**DEBTOR INFORMATION:**
Toni Braxton
aka Toni Michele, aka Eva Waters

**BANKRUPTCY NO.** 2:10–bk–51909–BR

**CHAPTER** 7

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0386
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
1880 Century Park East
Suite 1600
Los Angeles, CA 90067

**DEBTOR'S ATTORNEY:**
Debra I Grassgreen
150 California St 15th Flr
San Francisco, CA 94111–4500

415–263–7000

**TRUSTEE:**
David L Hahn (TR)
Hahn Fife & Co., LLP
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

(949) 888–1014

Please take notice that the 341 meeting date has been reset for:

**Date:** November 12, 2010      **Time:** 09:00 AM
**Location:** 725 S Figueroa St., Room 2610, Los Angeles, CA 90017

Dated: October 27, 2010

By the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form r341y–r341 VAN–02) Rev. 05/2010

**20 / JAI**