GREENBERG TRAURIG, LLP
Adam M. Starr (SBN 222440)
Kevin P. Garland (SBN 270943)
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for The Recording Academy

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

TONI BRAXTON,

          Debtor.

Case No.: 2:10-bk-51909-BR

Chapter 7

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF GREENBERG TRAURIG, LLP ON BEHALF OF THE RECORDING ACADEMY**

[No Hearing Required]

**TO THE HONORABLE BARRY RUSSELL UNITED STATES BANKRUPTCY JUDGE, THE CLERK OF THE COURT, THE CHAPTER 7 TRUSTEE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

     **PLEASE TAKE NOTICE** that the undersigned counsel hereby enters this notice of appearance on behalf of The Recording Academy, pursuant to, *inter alia*, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). Counsel further requests that copies of all notices given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

**GREENBERG TRAURIG, LLP**
ADAM M. STARR
KEVIN P. GARLAND
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
starra@gtlaw.com
garlandk@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, e-mail, or otherwise.

This Amended Notice of Appearance and Request for Special Notice shall not be deemed to be a waiver of the above-named party-in interest's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, set-offs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

DATED: October 28, 2010                     GREENBERG TRAURIG, LLP

                                            By:  /s/ *Adam M. Starr*
                                                 Adam M. Starr
                                                 Kevin P. Garland

                                            Attorneys for The Recording Academy

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **2450 Colorado Avenue, Suite 400E, Santa Monica, CA 90404.**

On October 28, 2010, I served the **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF GREENBERG TRAURIG, LLP** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

Debra I. Grassgreen, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

David L. Hahn (Trustee)
Hahn Fife & Co., LLP
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688

The Office of the United States Trustee
for Region 16
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

☒ **(BY MAIL)**

☐ I deposited such envelope in the mail at Santa Monica, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Santa Monica, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Santa Monica, California.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 28, 2010, at Santa Monica, California.

/s/ Teresa M. Castelli
Teresa M. Castelli