1  PETER C. ANDERSON
   United States Trustee
2  JILL STURTEVANT (State Bar No. 89395)
   Assistant United States Trustee
3  KENNETH G. LAU (State Bar No. 155314)
   Trial Attorney
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 S. Figueroa Street, Suite 2600
5  Los Angeles, CA 90017
   (213) 894-4480 telephone
6  (213) 894-2603 facsimile
   email: *Kenneth.G.Lau@usdoj.gov*

7              UNITED STATES BANKRUPTCY COURT
8              CENTRAL DISTRICT OF CALIFORNIA
9                   LOS ANGELES DIVISION

10 In re:                          ) Case No.: 2:10-bk-51909 BR
11                                 )
                                   ) Chapter 7
12 TONI BRAXTON,                   )
                                   ) STIPULATION AND AGREEMENT, *INTER*
13                                 ) *ALIA*, WAIVING DEBTOR'S RIGHT TO
              Debtor.              ) OBJECT TO UNITED STATES TRUSTEE'S
14                                 ) DEADLINE TO FILE MOTION OR
                                   ) STATEMENT UNDER §704(b)(2)
15                                 ) FOLLOWING 10-DAY STATEMENT; AND
                                   ) TO EXTEND TIME FOR THE U.S.
16                                 ) TRUSTEE OR CHAPTER 7 TRUSTEE
                                   ) ONLY TO FILE A MOTION TO DISMISS
17                                 ) UNDER § 707(b)(3) AND/OR A
                                   ) COMPLAINT TO DENY DEBTOR'S
18                                 ) DISCHARGE UNDER § 727; [Proposed]
                                   ) ORDER THEREON TO BE LODGED WITH
19                                 ) COURT VIA L.O.U. SYSTEM
                                   )
20                                 ) Date:   [NO HEARING DATE SET]
                                   ) Time:
21 _____ ) Place:

22

23     TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY

24 JUDGE, THE DEBTOR AND HER COUNSEL OF RECORD, THE CHAPTER 7 TRUSTEE,

25 AND OTHER INTERESTED PARTIES AND THEIR COUNSEL:

26     PLEASE TAKE NOTICE, that this Stipulation ("Stipulation") is entered into by and

27 between TONI BRAXTON, the debtor in the above-captioned case ("Debtor") and the OFFICE

28

1  OF THE UNITED STATES TRUSTEE ("U.S. Trustee") through their respective counsel of

2  record. This Stipulation is made with respect to the following facts:

### RECITALS

A.  On September 30, 2010, the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

B.  The Chapter 7 trustee conducted the initial meeting of creditors pursuant to § 341 of the Bankruptcy Code on November 12, 2010, and continued the examination for the provision of additional documents and information to December 29, 2010.

C.  Section 704(b)(1) of the Bankruptcy Code requires the U.S. Trustee to "review all materials filed by the debtor and, not later than 10 days after the date of the first meeting of creditors, file with the court a statement as to whether the debtor's case would be presumed to be an abuse under section 707(b)..." Pursuant thereto, on November 22, 2010, the U.S. Trustee filed a statement pursuant to § 704(b)(1) (the "10 Day Statement") indicating that the presumption of abuse arose under § 707(b) of the Bankruptcy Code (the "Presumption of Abuse").

D.  Pursuant to § 704(b)(2) of the Bankruptcy Code, within 30 days of the filing of the 10 Day Statement, the U.S. Trustee must file either a motion to dismiss ("Motion to Dismiss") or a statement setting forth the reasons the U.S. Trustee declines to file such motion ("Declination Statement"). The deadline to file a Motion to Dismiss or a Declination Statement in this case is December 22, 2010 (the "Motion/Declination Deadline").

E.  The Debtor is currently providing the requested additional information and documentation to both the U.S. Trustee as well as the Chapter 7 trustee for their respective review and analysis. The outcome of this on-going and pending review may determine the applicability of 11 U.S.C. section 707(b) to this matter.

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Bankruptcy Court approval, by and among the U.S. Trustee and the Debtor that:

1.    Notwithstanding the requirement in § 704(b)(2) that the U.S. Trustee file a Motion to Dismiss or a Declination Statement by the Motion/Declination Deadline, the Debtor hereby stipulates and agrees that she will not object to the U.S. Trustee's filing either a Motion to Dismiss or a Declination Statement after the Motion/Declination Deadline but by or before February 22, 2011.

2.    Further, the deadline, for the U.S. Trustee or the Chapter 7 trustee only, to file either a motion to dismiss under 11 U.S.C. §707(b)(3) or a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 in this case shall be extended from January 3, 2011 up to and including February 22, 2011.

3.    The Debtor will voluntarily provide the U.S. Trustee with written substantiation of the listed obligations owed as "Non-recourse security interest in Royalties" by the Debtor to creditors Arista/Sony Music and Atlantic/WMG, as well as the details thereof. Further, the Debtor shall provide the U.S. Trustee with additional information on an informal basis without the need for formal discovery, as requested from time to time by the U.S. Trustee, regarding matters related to and affecting the nature and duration of certain of the Debtor's expenses and liabilities, the source and stability of the Debtor's pre-petition and post-petition income, and other matters relevant to the underlying case. Finally, to the extent that additional clarification is necessary after the Debtor's continued 341(a) examination on December 29, 2010, the Debtor shall stipulate to a further examination by the U.S. Trustee under Bankruptcy Rule 2004 at a mutually-agreed date, place and time.

4. The Debtor agrees and stipulates to the concurrent and related production of certain documents, as herein described, to the U.S. Trustee for his timely inspection, review and copying.

IT IS SO STIPULATED AND AGREED:

DATED: December 2, 2010     PACHULSKI, STANG, ZIEHL & JONES, LLP

By: _____
DEBRA GRASSGREEN, ESQ.
ALAN KORNFELD, ESQ.
Attorneys for Debtor TONI BRAXTON

DATED: December 2, 2010     OFFICE OF THE UNITED STATES TRUSTEE

By: _____ for Kenneth Lau
KENNETH G. LAU
Trial Attorney

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 S. Figueroa St., Suite #2600, Los Angeles, CA 90017**

A true and correct copy of the foregoing document described as **STIPULATION AND AGREEMENT, INTER ALIA, WAIVING DEBTOR'S RIGHT TO OBJECT TO UNITED STATES TRUSTEE'S DEADLINE TO FILE MOTION FOR STATEMENT UNDER § 704(b)(2) FOLLOWING 10-DAY STATEMENT; AND TO EXTEND TIME FOR THE U.S. TRUSTEE OR CHAPTER 7 TRUSTEE ONLY TO FILE A MOTION TO DISMISS UNDER § 707(b)(3) AND/OR A COMPLAINT TO DENY DEBTOR'S DISCHARGE UNDER § 727** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **12/6/10**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    David A Gill (TR)   mlr@dgdk.com, dgill@ecf.epiqsystems.com
    Debra I Grassgreen   dgrassgreen@pszyjw.com
    Christopher M McDermott   ecfcacb@piteduncan.com
    Ramesh Singh   claims@recoverycorp.com
    Adam M Starr   starra@gtlaw.com
    Wayne R Terry   wterry@hemar-rousso.com
    United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **12/7/10**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
    DEBTOR: Toni Braxton, 1880 Century Park East, Suite 1600, Los Angeles, CA 90067
    DEBTOR'S ATTY: Debra I. Grassgreen, 150 California St 15th Flr, San Francisco, CA 94111-4500

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **12/7/10**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
The Honorable Barry Russell, Judge Russell's Courtesy Bin outside Suite 1660, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/7/10 | DELORIS OWENS | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                 **F 9013-3.1.PROOF.SERVICE**