1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  KENNETH G. LAU, State Bar No. 155314
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017-5418
   (213) 894-4480 telephone
6  (213) 894-2603 facsimile
   Email: Kenneth.G.Lau@usdoj.gov

FILED & ENTERED

MAR 25 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY oflores    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:                                        ) Case No.: 2:10-bk-51909-BR
                                              )
                                              ) Chapter 7
**TONI BRAXTON**,                             )
                                              ) **ORDER APPROVING FURTHER**
       Debtor.                                ) **STIPULATION WAIVING DEBTOR'S**
                                              ) **RIGHT TO OBJECT TO UNITED**
                                              ) **STATES TRUSTEE'S DEADLINE TO**
                                              ) **FILE MOTION OR STATEMENT**
                                              ) **UNDER § 704(b)(2) FOLLOWING 10-DAY**
                                              ) **STATEMENT AND TO EXTEND TIME**
                                              ) **FOR THE U.S. TRUSTEE OR CHAPTER**
                                              ) **7 TRUSTEE ONLY TO FILE A MOTION**
                                              ) **TO DISMISS UNDER § 707(b)(3) AND/OR**
                                              ) **A COMPLAINT TO DENY DISCHARGE**
                                              ) **UNDER § 727**
                                              )
                                              ) [NO HEARING REQUIRED]
                                              )

After consideration of the Further Stipulation and Agreement, *Inter Alia*, Waiving Debtor's Right to Object to United States Trustee's Deadline to File Motion or Statement under § 704(b)(2) Following 10-day Statement and to Extend Time for the U.S. Trustee or Chapter 7 Trustee Only to File a Motion to Dismiss under § 707(b)(3) and/or a Complaint to Deny the Debtor's Discharge under § 727 ("Stipulation to Extend Time") , filed by the parties and for good cause appearing, the Court orders as follows:

1

1    IT IS HEREBY ORDERED that Stipulation to Extend Time is APPROVED;

2    IT IS FURTHER ORDERED that notwithstanding the requirement in § 704(b)(2) that the U.S. Trustee file a Motion to Dismiss or a Declination Statement by the Motion/Declination Deadline, Debtor waives her right to object to the U.S. Trustee's filing either a Motion to Dismiss or a Declination Statement after the Motion/Declination Deadline but by or before May 23, 2011;

3    IT IS FURTHER ORDERED that the deadline, for the U.S. Trustee and Chapter 7 trustee only, to file either a motion to dismiss under 11 U.S.C. § 707(b) or a complaint objecting to the Debtor's discharge under 11 U.S.C. § 727 in this case shall be further extended from March 22, 2011, up to and including **May 23, 2011**.

4    IT IS FURTHER ORDERED that Debtor will voluntarily provide the U.S. Trustee with written substantiation of the listed obligation owed as "Non-recourse security interest in Royalties" by the Debtor to creditors Arisa/Sony Music and Atlantic/WMG, as well as the details thereof. Further, the Debtor shall provide the U.S. Trustee with additional information, as previously requested by the U.S. Trustee, regarding matters related to and affecting the nature and duration of certain of the Debtor's expenses and liabilities, the source and stability of the Debtor's pre-petition and post-petition income, and other matters relevant to the underlying case. Finally, to the extent that additional clarification is necessary after the U.S. Trustee's review of these documents and related information, the Debtor shall stipulate to a further examination by the U.S. Trustee under Bankruptcy Rule 2004 at a mutually-agreed date, place and time.

IT IS SO ORDERED.

# # #

DATED: March 25, 2011

United States Bankruptcy Judge

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

A true and correct copy of the foregoing document described as: [Proposed] **Order Approving Further Stipulation Waiving Debtor's Right To Object To United States Trustee's Deadline To File Motion Or Statement Under § 704(B)(2) Following 10-Day Statement And To Extend Time For The U.S. Trustee Or Chapter 7 Trustee Only To File A Motion To Dismiss Under § 707(B)(3) And/Or A Complaint To Deny Discharge Under § 727**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __N/A__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**NOT APPLICABLE**

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __3/21/11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   DEBTOR: Toni Braxton, 1880 Century Park East, Suite 1600, Los Angeles, CA 90067
   DEBTOR'S ATTY: Debra I. Grassgreen, 150 California St 15th Flr, San Francisco, CA 94111-4500

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __3/21/11__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**
   The Honorable Barry Russell, Judge Russell's Courtesy Bin outside Suite 1660, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/21/11 | Sonny Flores | /s/ Sonny Flores |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    **F.9013-3.1.PROOF.OF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4)** **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **Order Approving Further Stipulation Waiving Debtor's Right To Object To United States Trustee's Deadline To File Motion Or Statement Under § 704(B)(2) Following 10-Day Statement And To Extend Time For The U.S. Trustee Or Chapter 7 Trustee Only To File A Motion To Dismiss Under § 707(B)(3) And/Or A Complaint To Deny Discharge Under § 727**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of     **3/21/11**      , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

 David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com
 Debra I Grassgreen    dgrassgreen@pszyjw.com
 Christopher M McDermott    ecfcacb@piteduncan.com
 Ramesh Singh    claims@recoverycorp.com
 Adam M Starr    starra@gtlaw.com
 Wayne R Terry    wterry@hemar-rousso.com
 United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

 DEBTOR: Toni Braxton, 1880 Century Park East, Suite 1600, Los Angeles, CA 90067
 DEBTOR'S ATTY: Debra I. Grassgreen, 150 California St 15th Flr, San Francisco, CA 94111-4500

☐ Service information continued on attached page

**III.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**NOT APPLICABLE**

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                        **F 9021-1.1.NOTICE.ENTERED.ORDER**