1  ERIC P. ISRAEL (State Bar No. 132426)
   *eisrael@dgdk.com*
2  ZEV SHECHTMAN (State Bar No. 266280)
   *zshechtman@dgdk.com*
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
4  Los Angeles, California 90067-2904
   Telephone:  (310) 277-0077
5  Facsimile:  (310) 277-5735

6  Attorneys for David A. Gill,
   Chapter 7 Trustee

**FILED & ENTERED**

**JUN 20 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY FORTIER DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TONI BRAXTON, aka EVA WATERS, aka TONI MICHELE, aka MICHELE LEWIS, aka TONI LEWIS, dba BRAXTONI MUSIC,<br><br>    Debtor.<br><br>In re<br><br>LIBERTY ENTERTAINMENT, INC.<br><br>    Debtor. | Case No. 2:10-bk-51909-BR<br>Case No. 2:10-bk-51881-BR<br><br>Chapter 7<br><br>Jointly Administered Cases<br><br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR TONI BRAXTON TO FURTHER EXTEND TIME TO OBJECT TO EXEMPTIONS<br><br>[No hearing required] |

The Court, having reviewed the *Stipulation between Chapter 7 Trustee and Debtor Toni Braxton to Further Extend Time to Object to Exemptions* (the "Stipulation"), presented, on June 14, 2011, by David A. Gill, the Chapter 7 trustee (the "Trustee") of the Bankruptcy Estates of Liberty Entertainment, Inc. ("LEI") and Toni Braxton, aka Eva Waters, aka Toni Michele, aka Michele Lewis, aka Toni Lewis, dba Braxtoni Music ("Braxton", collectively the "Debtors") and Braxton, and good cause appearing, it is hereby

///

///

///

1

370822.01 [XP]      1051909A

**ORDERED THAT**:

1. The Stipulation is approved.

2. The deadline for the Trustee and the United States Trustee only to file objections to Braxton's claim of exemptions is further extended to August 15, 2011.

####

DATED: June 20, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2029 Century Park East, Third Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND DEBTOR TONI BRAXTON TO FURTHER EXTEND TIME TO OBJECT TO EXEMPTIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **June 20, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Served via U.S. Mail
Debtor:  Toni Braxton, 1880 Century Park East, Suite 1600, Los Angeles, CA 90067
Debtor:  Liberty Entertainment, Inc., 1880 Century Park East, Suite 1600, Los Angeles, CA 90067
Attorneys for Debtors:  Debra I Grassgreen, 150 California St 15th Fl., San Francisco, CA 94111-4500
Attorneys for the United States Trustee:  Kenneth G Lau, 725 S Figueroa St, Ste 2600, Los Angeles, CA 90017

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 20, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Served via Personal Delivery
Honorable Barry Russell, U.S. Bankruptcy Court, 255 E. Temple Street - Bin Outside of Suite 1660, Los Angles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 14, 2011 | Cindy A. Sandino | /s/ Cindy A. Sandino |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  
370822.01 [XP]   1051909A

**F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER APPROVING STIPULATION BETWEEN THE CHAPTER 7 TRUSTEE AND DEBTOR TONI BRAXTON TO EXTEND TIME TO OBJECT TO EXEMPTIONS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **June 14, 2011**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com
Debra I Grassgreen    dgrassgreen@pszyjw.com
Eric P Israel    eisrael@dgdk.com
Kenneth G Lau    kenneth.g.lau@usdoj.gov
Christopher M McDermott    ecfcacb@piteduncan.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
Ramesh Singh    claims@recoverycorp.com
Adam M Starr    starra@gtlaw.com
Wayne R Terry    wterry@hemar-rousso.com
Balpreet Thiara    ecfcacb@piteduncan.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor:   Toni Braxton, 1880 Century Park East, Suite 1600, Los Angeles, CA 90067
Debtor:   Liberty Entertainment, Inc., 1880 Century Park East, Suite 1600, Los Angeles, CA 90067

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                                **F 9021-1.1.NOTICE.ENTERED.ORDER**
370822.01 [XP]    1051909A