ERIC P. ISRAEL (State Bar No. 132426)
eisrael@dgdk.com
ZEV SHECHTMAN (State Bar No. 266280)
zshechtman@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:   (310) 277-0077
Facsimile:   (310) 277-5735

Attorneys for David A. Gill,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TONI BRAXTON, aka EVA WATERS, aka TONI MICHELE, aka MICHELE LEWIS, aka TONI LEWIS, dba BRAXTONI MUSIC,<br><br>Debtor.<br><br>In re<br><br>LIBERTY ENTERTAINMENT, INC.,<br><br>Debtor. | Case No. 2:10-bk-51909-BR<br>Case No. 2:10-bk-51881-BR<br><br>Chapter 7<br><br>Jointly Administered Cases<br><br>REQUEST FOR HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE; DECLARATION OF ERIC P. ISRAEL IN SUPPORT THEREOF<br><br>[NO HEARING SET] |

**TO THE HONORABLE BARRY RUSSELL AND ALL INTERESTED PARTIES:**

Danning, Gill, Diamond & Kollitz, LLP ("applicant") hereby requests that the Court set a hearing on its First Interim Application for Compensation and Reimbursement of Expenses (the "first interim application"). Applicant's request is based upon the following facts:

1.   On or about September 30, 2010 (the "Petition Date"), Toni Braxton aka Eva Waters, aka Toni Michele, aka Michele Lewis, aka Toni Lewis, dba Braxtoni Music (the "debtor") commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 7 of title 11

of the United States Code (the "Code"). David A. Gill subsequently accepted appointment as the Chapter 7 trustee (the "Trustee") for the debtor's estate, and he continues to serve in that capacity for the benefit of the estate and it creditors.

2. Applicant was employed as general counsel to the Trustee by order entered on January 12, 2011, effective as of November 15, 2010.

3. Applicant desires to file its first interim application for fees and costs incurred during the period from November 15, 2010 through April 30, 2012 – over one and a half years.

4. The Trustee has diligently administered all of the assets under his control in this bankruptcy proceeding and currently holds approximately $119,704.00. The Trustee is currently still investigating additional assets.

5. The following issues remain in this that will need to be resolved before this case may be closed: (1) the Trustee is collecting settlement payments from the sale of certain personal property assets to the Debtor, which payments will continue through approximately January 2013; (2) the Trustee is collecting royalties and residual payments, which at some point may need to be sold; (3) the Trustee is investigating possible avoiding power claims; (4) the Trustee is investigating large payments the debtor received immediately after the bankruptcy filing under pre-petition contracts; (5) proofs of claim may need to be reviewed and objections may need to be filed and prosecuted, if appropriate; and (6) the estate's final federal and state income tax returns will need to be prepared. One of the reasons for bringing interim fee applications at this time is that tax consequences may arise from the receipt of the settlement funds and royalties, and paying professional fees this year would generate deductions to offset or reduce administrative taxes that may be due this year, thereby reducing administrative taxes.

6. The other Chapter 7 professional administrative claimants are the Trustee and the estate's accountants. Although the Trustee will not be seeking interim compensation at this time, the Trustee requests that the Court set the hearing on this fee application so that he can serve the 45-day notice to professionals to the accountants pursuant to Local Bankruptcy Rule 2016-1(a)(2).

///
///

660979.1  1051909A

2

1     WHEREFORE, applicant respectfully requests that the Court enter an order setting a hearing on the first interim application. A copy of the proposed order is attached hereto as Exhibit "1," the original of which is being lodged contemporaneously herewith.

Dated: June 8, 2012                  DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
ERIC P. ISRAEL
Applicant as Attorneys for Chapter 7 Trustee

# DECLARATION

DECLARATION OF ERIC P. ISRAEL

I, Eric P. Israel, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California and before this Court. I am a principal of a professional corporation that is a partner in the law firm of Danning, Gill, Diamond & Kollitz, LLP ("Danning-Gill" or "Applicant"), the duly employed general counsel for David A. Gill, the Chapter 7 trustee (the "Trustee") for the estate of Toni Braxton aka Eva Waters, aka Toni Michele, aka Michele Lewis, aka Toni Lewis, dba Braxtoni Music (the "debtor"). I have personal knowledge of each of the facts set forth herein and, if called upon as a witness, I could and would testify competently with respect thereto.

2. Applicant has not previously applied for compensation of fees and costs in this case.

3. Applicant was employed as general counsel to the Trustee by order entered on January 12, 2011, effective as of November 15, 2010.

4. Applicant desires to file its first interim application for fees and costs incurred during the period from November 15, 2010 through April 30, 2012 – over one and a half years.

5. The Trustee has diligently administered all of the assets under his control in this bankruptcy proceeding and currently holds approximately $119,704.00. The Trustee is currently still investigating additional assets.

6. The following issues remain in this that will need to be resolved before this case may be closed: (1) the Trustee is collecting settlement payments from the sale of certain personal property assets to the Debtor, which payments will continue through approximately January 2013; (2) the Trustee is collecting royalties and residual payments, which at some point may need to be sold; (3) the Trustee is investigating possible avoiding power claims; (4) the Trustee is investigating large payments the debtor received immediately after the bankruptcy filing under pre-petition contracts; (5) proofs of claim may need to be reviewed and objections may need to be filed and prosecuted, if appropriate; and (6) the estate's final federal and state income tax returns will need to be prepared. One of the reasons for bringing interim fee applications at this time is that tax consequences may arise from the receipt of the settlement funds and royalties, and paying

1  professional fees this year would generate deductions to offset or reduce administrative taxes that
2  may be due this year, thereby reducing administrative taxes.
3      7.   The other Chapter 7 professional administrative claimants are the Trustee and the
4  estate's accountants. Although the Trustee will not be seeking interim compensation at this time,
5  the Trustee requests that the Court set the hearing on this fee application so that he can serve the
6  45-day notice to professionals to the accountants pursuant to Local Bankruptcy Rule 2016-1(a)(2).
7      8.   A true and correct copy of the proposed Order Granting Request for Hearing on
8  First Interim Application for Compensation and Reimbursement of Expenses by Danning, Gill,
9  Diamond & Kollitz, LLP as General Counsel to Chapter 7 Trustee is attached hereto as Exhibit "1."
10
11     I declare under penalty of perjury under the laws of the United States of America that the
12  foregoing is true and correct.
13     Executed on June 8, 2012, at Los Angeles, California.

_____
ERIC P. ISRAEL

**EXHIBIT "1"**

| | |
|---|---|
| 1 | ERIC P. ISRAEL (State Bar No. 132426) |
| | *eisrael@dgdk.com* |
| 2 | ZEV SHECHTMAN (State Bar No. 266280) |
| | *zshechtman@dgdk.com* |
| 3 | DANNING, GILL, DIAMOND & KOLLITZ, LLP |
| | 1900 Avenue of the Stars, 11th Floor |
| 4 | Los Angeles, California 90067-4402 |
| | Telephone:  (310) 277-0077 |
| 5 | Facsimile:  (310) 277-5735 |
| 6 | Attorneys for David A. Gill, |
| | Chapter 7 Trustee |
| 7 | |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-51909-BR |
| | Case No. 2:10-bk-51881-BR |
| TONI BRAXTON, aka EVA WATERS, aka TONI MICHELE, aka MICHELE LEWIS, aka TONI LEWIS, dba BRAXTONI MUSIC, | Chapter 7 |
| | Jointly Administered Cases |
| Debtor. | ORDER GRANTING REQUEST FOR HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE |
| In re | |
| LIBERTY ENTERTAINMENT, INC., | |
| Debtor, | [NO HEARING SET] |

The Court having reviewed the Request For Hearing On First Interim Application For Compensation And Reimbursement Of Expenses By Danning, Gill, Diamond & Kollitz, LLP As General Counsel To Chapter 7 Trustee (the "Request" and "First Interim Application"), filed by Danning, Gill, Diamond & Kollitz, LLP, and for good cause appearing:

/ / /

/ / /

/ / /

/ / /

/ / /

660990.1  1051909A                                1

06

**IT IS ORDERED THAT**

1. The Request is granted.

2. The hearing on the First Interim Application shall be set at _____ on _____, 2012.

3. The Trustee shall serve the 45-day notice to all duly employed professionals in this case of that hearing.

### 

660990.1  1051909A

2

07

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1900 Avenue of the Stars, 11th Floor, Los Angeles, CA 90067-4402.

A true and correct copy of the foregoing document entitled (*specify*): **REQUEST FOR HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY DANNING, GILL, DIAMOND & KOLLITZ, LLP AS GENERAL COUNSEL TO CHAPTER 7 TRUSTEE; DECLARATION OF ERIC P. ISRAEL IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 8, 2012 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On June 8, 2012, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2012 | Cheryl Caldwell | *Cheryl Caldwell* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION** (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

David A Gill (TR)    mlr@dgdk.com, dgill@ecf.epiqsystems.com
Attorney for Debtor: Debra I Grassgreen    dgrassgreen@pszyjw.com
Eric P Israel    eisrael@dgdk.com
Kenneth G Lau    kenneth.g.lau@usdoj.gov
Christopher M McDermott    ecfcacb@piteduncan.com
Christopher M McDermott    ecfcacb@piteduncan.com
Zev Shechtman    zshechtman@dgdk.com, danninggill@gmail.com
Ramesh Singh    claims@recoverycorp.com
Adam M Starr    starra@gtlaw.com
Wayne R Terry    wterry@hemar-rousso.com
Balpreet Thiara    ecfcacb@piteduncan.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Hatty K Yip    hatty.yip@usdoj.gov

2. **SERVED BY U.S. MAIL**

Debtor
Toni Braxton
1880 Century Park East
Suite 1600
Los Angeles, CA 90067

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012-3332

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**